**SCHWARTZ & POSNOCK**
**ATTORNEYS AT LAW**
**99 CORBETT WAY**
**SUITE 203**
**EATONTOWN, NEW JERSEY 07724**

**DAVID A. SCHWARTZ*†**
**LESLIE B. POSNOCK†**

**TELEPHONE: (732) 544-1460**
**TELECOPIER: (732) 544-1462**
**Dschwartz@schwartzposnock.com**

**OF COUNSEL**
**DAVID J. GRUBER***
**MICHAEL A. POSNOCK**
**(1930-2011)**

***ALSO LICENSED IN NY**
**†ALSO LICENSED IN PA & CA**

November 25, 2025

Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 E. State Street
Trenton, New Jersey 08608

Re: Hyslop v. West Windsor Twp., et al.
Civil Action No. 3:25-cv-15658 (ZNQ-JTQ)

Dear Judge Quraishi:

This firm represents defendants the Township of West Windsor, Det. Jason Jones, and Chief Robert Garofalo in the above-referenced matter.

Enclosed herewith please find the USB drive which contains the following exhibits to my Certification in Support of Motion to Dismiss the Amended Complaint: Exhibit C, the audio recordings of 911 calls to the West Windsor Police; Exhibit D, parking lot surveillance video, and Exhibit E, the video recording of the April 19, 2023 interview of Matthew Marcotte conducted by Det. Jason Jones.

Thank you for your consideration.

Respectfully submitted,

SCHWARTZ & POSNOCK

/s/ David A. Schwartz

DAVID A. SCHWARTZ

DAS:cc
Encl.
cc: All parties via ECF and email.